649-12
650-12

# ELECTRONIC RECORD

CCA # 01-11-00943-CR , 01-11-00944-CR   OFFENSE:   Habeas Corpus

STYLE: Kufreabasi Ita Enyong v. The State of Texas

PUNISHMENT:   1 Yr HCJ, 21 days Credit

COUNTY:   Harris

TRIAL COURT:   Co Crim Ct at Law No 1
TRIAL COURT #:   1612023A
TRIAL COURT JUDGE:   The Honorable Paula Herring Goodhart
DISPOSITION: **REVREMAND**
DATE:   **4/26/2012**
JUSTICE: **Hon. Terry Jennings**
 PC **N** S **Y** PUBLISH: **Y** DNP: **N**

_____ MOTION
FOR REHEARING IS: _____
DATE: _____
JUDGE: _____

CLK RECORD: **10/27/2011 1 VOL.**
RPT RECORD: **11/8/2011 3 VOLS.**
STATE BR: **1/20/2012**
APP BR: **12/12/2011**

---

# IN THE COURT OF CRIMINAL APPEALS

649-12
650-12

ELECTRONIC RECORD                    CCA # _____

-------------------

_____ STATE'S _____ Petition
FOR DISCRETIONARY REVIEW IN CCA IS:
granted + remanded
DATE: 4-24-2013
JUDGE: PC

Disposition: REV+REM
DATE: 4-24-2013
JUDGE: Per Curiam
SIGNED: _____   PC: ✓
PUBLISH: _____   DNP: _____

-------------------

_____ MOTION FOR REHEARING IN
CCA IS: _____ ON _____
JUDGE: _____

MOTION FOR STAY OF MANDATE IS:
_____ ON _____
JUDGE: _____